IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK BLOCK** | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  22-556 |
| | : | |
| **GENERAL MOTORS LLC** | : | |

## ORDER

**AND NOW**, this 14th day of December 2023, upon considering defendant's motion for summary judgment (DI 28), plaintiff's opposition (DI 29), defendant's reply (DI 30), and for reasons in the accompanying Memorandum, it is **ORDERED** defendant's motion for summary judgment (DI 28) is **GRANTED** and the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**